United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    CHARLES ALBERT NEELY,                    Case No. 15-cv-00305-JCS (PR)

              Plaintiff,
8
                                              **ORDER OF TRANSFER**
         v.
9
     J.W. MOSS, et al.,
10
              Defendants.
11

12

13        Plaintiff's claims arise from events occurring in the Eastern District of California,

14   specifically at the Contract Beds Unit and at the Office of Appeals of the California

15   Department of Corrections and Rehabilitation, both of which are in Sacramento County.

16   Accordingly, this federal civil rights action is hereby TRANSFERRED to the Eastern

17   District of California, wherein venue properly lies because a substantial part of the events

18   or omissions giving rise to the claims occurred, and the defendants named reside, in that

19   district. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).  The Clerk shall transfer this action

20   forthwith.

21        IT IS SO ORDERED.

22

23   Dated:  February 3, 2015

24                                            _____

                                              JOSEPH C. SPERO
25                                            Chief United States Magistrate Judge

26

27

28

United States District Court
Northern District of California

1

2

3

4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7    CHARLES ALBERT NEELY,                        Case No.  15-cv-00305-JCS

              Plaintiff,

8

            v.                                    **CERTIFICATE OF SERVICE**

9

10   J.W. MOSS, et al.,

              Defendants.

11

12        I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
     District Court, Northern District of California.

13

14        That on 2/3/2015, I SERVED a true and correct copy(ies) of the attached, by placing said
     copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing

15   said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
     located in the Clerk's office.

16

17   Charles Albert Neely ID: AE6507
     Taft Modified Community Correctional Facility

18   P.O. Box 1017
     Taft, CA 93268

19

20

21   Dated: 2/3/2015

22

23                                                Richard W. Wieking
                                                  Clerk, United States District Court

24

25

26   By:_____
                                                  Karen Hom, Deputy Clerk to the

27                                                Honorable JOSEPH C. SPERO

28

                                      2